UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JOSE DE JESUS LIZARRARAS-CHACON,<br><br>                              Defendant. | Case No.: 21CR1793-JLS<br>            21CR10108-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING AND SUPERVISED RELEASE REVOCATION HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **March 11, 2022**; the hearing is **CONTINUED** to **Friday, April 8, 2022** at **10:00 a.m.**

The Supervised Release Revocation Hearing set for March 11, 2022 is also continued to Friday, April 8, 2022 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

21CR1793-JLS
21CR10108-JLS